**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL THOMAS, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>McDONALD'S USA, LLC; and McDONALD'S CORPORATION,<br>*Defendants.* | Case No. 26-cv-12149<br>Judge Thomas M. Durkin<br>Magistrate Judge Keri L. Holleb Hotaling |
| MEREDITH ROSSI, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>McDONALD'S CORPORATION; McDONALD'S USA, LLC; and DELOITTE CONSULTING LLP,<br>*Defendants.* | Case No. 26-cv-12651<br>Judge Sunil R. Harjani<br>Magistrate Judge Laura K. McNally |
| TIMOTHY WORTHINGTON, et al., individually and on behalf of all others similarly situated,<br>*Plaintiffs,*<br>v.<br>McDONALD'S USA, LLC; and McDONALD'S CORPORATION,<br>*Defendants.* | Case No. 26-cv-13243<br>Judge John F. Kness<br>Magistrate Judge Keri L. Holleb Hotaling |
| BRIAN ALLAIRE, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>McDONALD'S CORPORATION; McDONALD'S USA, LLC; and DELOITTE CONSULTING LLP,<br>*Defendants.* | Case No. 26-cv-13634<br>Judge LaShonda A. Hunt<br>Magistrate Judge Daniel P. McLaughlin |

**ORDER GRANTING UNOPPOSED JOINT LOCAL RULE 40.4 MOTION TO REASSIGN CASES AS RELATED AND TO CONSOLIDATE UNDER FEDERAL RULE 42(a)**

Movants Michael Thomas, Meredith Rossi, Timothy Worthington, William Schenden, Monet Reid, Josh Boesch, Cathie Haglund, Lindsey Hughes, Patricia Smith, Ami Bubica, Alexis Bronson, Angelika Hyde, Stefanie Angelico, Cody Kirchoff, Robert Banach, Robert Nedved, Anthony Rickenbacker, Pamela Grizzel, Keith Aitken, Benjamin Gibson, Christine Cleary, Myshelle Dunston, and Brian Allaire's Motion to Relate and Reassign Cases is GRANTED. This Court finds that the cases meet the conditions for relatedness under Local Rule 40.4(a) and that each of the criteria under Local Rule 40.4(b) is met. The following matters shall be reassigned to this Court for all purposes:

- *Rossi v. McDonald's Corporation*, No. 26-cv-12651
- *Worthington v. McDonald's USA, LLC*, No. 26-cv-13243
- *Allaire v. McDonald's Corporation*, No. 26-cv-13634

The Court further finds that consolidation is appropriate under Federal Rule of Civil Procedure 42(a). The Court thus consolidates the *Rossi*, *Worthington*, and *Allaire* actions with *Thomas v. McDonald's USA, LLC, et al.*, No. 26-cv-12149, for all purposes.

The Court further designates *Thomas*, No. 26-cv-12149, as the lead case, in which all future filings will be docketed, and recaptions the consolidated action *In re McDonald's Menu Pricing Antitrust Litigation*.

Finally, the Court directs that any additional cases that may be filed in the Northern District of Illinois and arise out of conduct similar to that which is alleged in the above-titled actions shall be assigned or reassigned to this Court and consolidated with these cases.

IT IS SO ORDERED.

DATED: November 13, 2026

Hon. Thomas M. Durkin
United States District Judge