**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Thomas, et al.
Plaintiff,
v.
McDonalds USA, LLC, et al.
Defendant.

Case No.: 1:26−cv−12149
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for discovery management. By 11/24/2026, the parties are to file their initial Rule 26(f) conference report which shall propose a fact discovery schedule. Additionally, although this matter has not yet been referred for settlement, the joint status report is to indicate whether the parties have already engaged in any settlement discussions and the general nature of those discussions, and include a statement on whether the parties are interested in a settlement conference at this juncture.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.