**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MCDONALD'S MENU PRICING ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 1:26-cv-12149<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE RE: MOTIONS TO APPOINT INTERIM CLASS COUNSEL**

Plaintiffs Michael Thomas in *Thomas v. McDonald's USA, LLC*, No. 26-cv-12149 (N.D. Ill.), Meredith Rossi in *Rossi v. McDonald's Corporation*, No. 26-cv-12651, Timothy Worthington, et al. in *Worthington v. McDonald's USA, LLC*, No. 26-cv-13243, and Brian Allaire in *Allaire v. McDonald's Corporation*, No. 26-cv-13634, now reassigned to and consolidated in this Court as *In re: McDonald's Menu Pricing Litigation*, respectfully move for the entry of a stipulated briefing schedule regarding all motions seeking appointment of interim class counsel. Plaintiffs request that the Court order that all such motions be filed by Monday, November 23, 2026, without response or reply unless the Court otherwise directs.

Plaintiffs agree that Defendants need not answer or otherwise respond to the complaints in the individual actions, and that the Court should vacate any existing response deadlines. Within 14 days after the Court appoints interim class counsel, the parties will submit a proposed schedule for the filing of a consolidated complaint and briefing on any motion to dismiss. The Parties further propose that the Joint Status Report required by Magistrate Judge Hotaling's November 17, 2026, Order also be filed within 14 days after the Court appoints interim class counsel.

Plaintiffs have conferred with Counsel for McDonald's USA, LLC, McDonald's

Corporation, and Deloitte Consulting LLP, who do not oppose this motion.

Dated: November 17, 2026

Respectfully submitted,

**CLARKSON LAW FIRM PC**

/s/ Derek Y. Brandt
Derek Y. Brandt
dbrandt@clarksonlawfirm.com
875 North Michigan Avenue, 31st Floor
Chicago, Illinois 60611
Telephone: (312) 300-6820

Larkin Turner*
lturner@clarksonlawfirm.com
1050 Connecticut Avenue NW Ste 500
Washington, D.C. 20036
Telephone: (202) 600-7236

*Counsel for Plaintiff Michael Thomas and the Proposed Class*

* *Admitted Pro Hac Vice*

**BERGER MONTAGUE PC**

/s/ Zachary D. Caplan
Zachary D. Caplan*
Julia McGrath*
Michaela L. Wallin*
Sarah R. Zimmerman*
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
zcaplan@bergermontague.com
jmcgrath@bergermontague.com
mwallin@bergermontague.com
szimmerman@bergermontague.com

Richard D. Schwartz
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Tel: (773) 257-0255
rschwartz@bergermontague.com

*Counsel for Plaintiff Meredith Rossi and the Proposed Class*

* *Admitted Pro Hac Vice*

**FEGAN SCOTT LLP**

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLP
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

Michael von Klemperer

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ Karin E. Garvey
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Daniel F. Loud*
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
kgarvey@scott-scott.com

(admitted *pro hac vice*)
FEGAN SCOTT LLP
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Phone: (202) 921-0002
Fax: (312) 264-0100
mike@feganscott.com

Chandana Pandurangi
(admitted *pro hac vice*)
FEGAN SCOTT LLP
305 Broadway, 7th Floor
New York, NY 10007
Phone: (212) 629-5672
Fax: (312) 264-0100
chandana@feganscott.com

*Counsel for Plaintiffs Timothy Worthington, et al. and the Proposed Class*

dloud@scott-scott.com

Michael Srodoski*
Erin Dennehy*
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
msrodoski@scott-scott.com
edennehy@scott-scott.com

*Counsel for Plaintiff Brian Allaire and the Proposed Class*

**Pro hac vice* applications forthcoming